tiorari to the Circuit Court of Appeals for the Second Circuit denied. *Sidney S. Bobbé* for petitioner. *Aaron E. Koota* for respondent.

No. 1092. METALLIZING ENGINEERING Co., INC. *v.* KENYON BEARING & AUTO PARTS Co., INC. ET AL. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Wm. H. Davis* and *Louis Burgess* for petitioner. *Morris Kirschstein* for respondents.

No. 1154. CRAMPTON *v.* CRAMPTON MANUFACTURING Co. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Frank E. Liverance, Jr.* for petitioner. *Frank Parker Davis* and *Wm. Cyrus Rice* for respondent.

No. 952. SABIN ET AL. *v.* HOME OWNERS' LOAN CORPORATION ET AL. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Herbert K. Hyde* and *Roy St. Lewis* for petitioners. *Solicitor General McGrath, Kenneth G. Heisler* and *Ray E. Dougherty* for the Home Owners' Loan Corporation, respondent.

No. 797. GARRISON *v.* JOHNSTON, WARDEN. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Solicitor General McGrath, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.